IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| LILIANA IRIZARRY PABON, | ) | Civil Action No.: 5:21-cv-03141-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 24th day of May, 2022, upon consideration of the Defendant's Motion to Remand and any response thereto, it is hereby **ORDERED** that Defendant's motion is granted and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

May 24, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge