IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| LILIANA IRIZARRY PABON, | ) | Civil Action No. 5:21-cv-03141-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 23rd day of June, 2022, upon consideration of the Parties' STIPULATION it is hereby, ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") petition, ECF No. 25, is hereby withdrawn. It is further ORDERED that Plaintiff, Liliana Irizarry Pabon, is awarded attorney fees in the amount of Six Thousand Dollars and 00/100 Cents ($6,000.00) under 28 U.S.C. § 2412(a) of the EAJA.  This award will be paid directly to Plaintiff, Liliana Irizarry Pabon, and sent to the business address of Plaintiff's counsel.  Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

June 23, 2022  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge